Otterson *v.* Hall.

ANDREW OTTERSON et al., appellants,

*v.*

SARAH M. HALL, respondent.

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *Hall* v. *Otterson, 7 Dick. Ch. Rep. 522.*

*Mr. Peter V. Voorhees* and *Mr. Frank T. Lloyd* (of the Philadelphia bar), for the appellants.

*Mr. Frederic W. Stevens,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*— THE CHIEF-JUSTICE, BOGERT, BROWN, KRUEGER, SMITH, TALMAN—6.

*For reversal* — DEPUE, GARRISON, LUDLOW, MAGIE, SIMS—5.